IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ALAN RODEMAKER**,

    Plaintiff,

v.

**LIZ SHUMPHARD, et al.**,

    Defendants.

Case No. 7:20-CV-75 (HL)

**ORDER**

On June 8, 2021, the Eleventh Circuit Court of Appeals vacated this Court's December 1, 2020 Order (Doc. 35) denying Defendants' motions to dismiss and remanded the case for further proceedings consistent with the opinion. (Doc. 54). The Mandate issued on July 21, 2021. (Doc. 56). In accordance with the ruling of the Eleventh Circuit, this action is **DISMISSED**.

**SO ORDERED**, this the 8th day of September, 2021.

                *s/ Hugh Lawson*_____
                **HUGH LAWSON, SENIOR JUDGE**

aks