IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ALAN RODEMAKER, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-75(HL) |
| | * |
| LIZ SHUMPHARD, et al., | |
| | * |
| Defendants. | |
| | * |

## AMENDED JUDGMENT

Pursuant to this Court's Order dated September 8, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk